UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER JEANENE GARDNER-KERLICK,

   Plaintiff,

   -v-                                                    CIV No. 2:22-cv-00974-KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

   Defendant.

## STIPULATED ORDER

   This matter is before the Court on Plaintiff's Unopposed First Motion for Extension of Time, IT IS HEREBY ORDERED that:

(1)  Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **Monday, April 24, 2023**

(2)  Defendant shall file a Response on or before **Wednesday, May 24, 2023;**

(3)  Plaintiff may file a Reply on or before **Wednesday, June 7, 2023;**

   IT IS FURTHER ORDERED that supporting memoranda filed pursuant to this order shall cite the transcript of record when making assertions of fact, and that propositions of law shall be supported by citations to authority.

   IT IS SO ORDERED.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

*/s/ Matthew R. McGarry*
Matthew R. McGarry
Attorney for Plaintiff

**Approved by email on 3/3/2023 by:**

_____
Victoria V. Johnson, SAUSA
Attorney for Commissioner