IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER J. GARDNER-KERLICK,

      Plaintiff,

  vs.                                                CIV. NO. 2:22-CV-00974-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of
Social Security,**

      Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 23), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

Submitted by:

    /s/*Michelle C. Verdis*
    Michelle C. Verdis

    ATTORNEY FOR DEFENDANT

Approved by:

    *Electronically approved 8/29/2023*
    Matthew R. McGarry, Esq.
    Olinsky Law Group

    ATTORNEY FOR PLAINTIFF