IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER J. GARDNER-KERLICK,

    Plaintiff,

vs.                                          CIV NO. 2:22-cv-974 KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 23), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge