IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JENNIFER J. GARDNER-KERLICK,**

       **Plaintiff,**

vs.                                                                       CIV NO. 2:22-cv-00974-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security**
**Administration,**

       **Defendant.**

### ORDER GRANTING STIPULATED MOTION FOR
### EQUAL ACCESS TO JUSTICE (EAJA) ATTORNEY FEES

The Court, having reviewed the parties' Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 26), **HEREBY ORDERS** that attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of **$9,326.72** in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. However, the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), and subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

**IT IS FURTHER ORDERED THAT**, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 28th day of November, 2023.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    MANUEL LUCERO
    Assistant United States Attorney

    /s/ *Michelle C. Verdis*
    MICHELLE C. VERDIS

    ATTORNEYS FOR DEFENDANT

Approved by:

    /s/ *electronically approved 11/27/2023*
    MATTHEW R. MCGARRY, ESQ.
    Olinsky Law Group

    ATTORNEY FOR PLAINTIFF